# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AKEISHA TURNER, ET AL. | * | |
| | * | |
| | * | |
| PLAINTIFFS | * | |
| | * | |
| v. | * | Case No.:  1:12-cv-01735-RC |
| | * | |
| LINDA AND A., INC., ET AL. | * | |
| | * | |
| DEFENDANTS. | * | |

**************************************************************************

## STIPULATION OF DISMISSAL, WITH PREJUDICE

The Parties have reached an arms-length settlement of all claims alleged by Plaintiffs against Defendants in this action.  To this end, the parties request the Court dismiss Plaintiffs' claims against Defendants, with prejudice.

        Respectfully submitted,

        ___/s/_ Gregg C. Greenberg_____
        Gregg C. Greenberg, Bar No. MD17291
        The Zipin Law Firm, LLC
        836 Bonifant Street
        Silver Spring, Maryland 20910
        (301) 587-9373 (Ph)
        (301) 587-9397 (Fax)
        Email: ggreenberg@zipinlaw.com

        *Counsel for Plaintiffs*

#